## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 1:21-mj-00331 |
| | : | |
| v. | : | (Filed Under Seal) |
| | : | |
| **EVAN NEUMANN,** | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assault) |
| | : | |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(1), (2), & (4) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Violent Entry and Disorderly Conduct) |

**MOTION TO UNSEAL AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND RELATED MATERIALS**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint, supporting affidavit, and related papers in the above-captioned case. This matter was originally sealed at the United States' request to preserve the integrity of the ongoing investigation and to protect law enforcement on or about March 23, 2021. Since that time, the defendant Evan Neumann remains at large in an unknown location. The government has reason to believe that Mr. Neumann is already aware he is being investigated in relation to the January 6, 2021, U.S. Capitol riot, and is actively attempting to evade arrest. At this juncture, the United States does not believe that any circumstances remain to justify the continued sealing of this matter. Consequently, the United States and its law enforcement partners wish to unseal this case to

1

allow law enforcement to pursue additional public avenues in an effort to locate and arrest Mr. Neumann.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court unseal this case.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        ACTING UNITED STATES ATTORNEY

                                          ___/s/ Brian P. Kelly_____
by:    Brian P. Kelly
        Assistant United States Attorney
        D.C. Bar No. 983689
        555 4th Street NW, Room 3816
        Washington, DC 20530
        202-252-7503
        brian.kelly3@usdoj.gov