# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 1:21-mj-00331 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| EVAN NEUMANN, | : | |
| | : | |
| Defendant. | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assault) |
| | : | |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(1), (2), & (4) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Violent Entry and Disorderly Conduct) |

## ORDER

In light of the government's Motion to Unseal, and the entire record herein, this Court grants the government's Motion, and the matter is unsealed.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE